1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Todd E. Cook

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 TODD E. COOK,                    ) Case No.: CV 10-4944 OP
                                    )
12      Plaintiff,                  ) [~~PROPOSED~~] ORDER AWARDING
                                    ) EQUAL ACCESS TO JUSTICE ACT
13 vs.                              ) ATTORNEY FEES AND EXPENSES
                                    ) PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,               ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security, ) U.S.C. § 1920
15                                  )
        Defendant                   )
16 _____  )

17

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20     IT IS ORDERED that fees and expenses in the amount of $3,300.00 as

21 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

22 DATE: 8/3/11                    _____
                                   THE HONORABLE OSWALD PARADA
23                                 UNITED STATES MAGISTRATE JUDGE

24

25

26